

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 19, 2025

**BY E-MAIL**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

>       **Re:**    ***United States v. Rubin Moye**, S3 20 Cr. 215 (JPO)*

Dear Judge Oetken:

        Earlier today, defendant Rubin Moye was transported into the District to face charges contained in sealed indictment S3 20 Cr. 215 (JPO), which was returned by a grand jury on February 6, 2025.  In advance of his presentment today, the Government respectfully requests that the Court unseal the indictment.

                    Respectfully submitted,

                    MATTHEW PODOLSKY
                    Acting United States Attorney for the
                    Southern District of New York

        By:    _____
                    Frank J. Balsamello / Matthew Hellman
                    Assistant United States Attorneys
                    (212) 637-2325 / -2278

SO ORDERED:

_____
            J. PAUL OETKEN                    2/19/2025
      United States District Judge