UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RUBIN MOYE,<br><br>Defendant. | 20-CR-215 (JPO)<br><br><u>ORDER</u> |

J. PAUL OETKEN, United States District Judge:

Pursuant to 18 U.S.C. § 3005, upon the recommendation of the Federal Defender, Esere J. Onaodowan is hereby appointed as learned counsel for the Defendant.

SO ORDERED.

Dated: March 18, 2025
      New York, New York

_____
J. PAUL OETKEN
United States District Judge