# Angus James Bell, Esq.

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

October 10, 2025

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Street
New York, New York 10007

Re: United States v. Rubin Moye, 20 Cr. 215 (JPO)

Dear Judge Oetken:

This letter respectfully requests a 60-Day adjournment of the status conference currently scheduled for October 14, 2025 at 12 pm. The Parties have conferred and determined that at this time, we have no substantive issues requiring the Court's attention. Additionally, the Attorney General has not yet announced whether the Government intends to seek the death penalty in this matter. Given this posture, the Defense believes that an adjournment is appropriate.

The Government advised that they take no position on this request.

Thank you in advance for any and all consideration of this application. We will await further instructions from the Court.

Respectfully,

*Angus James Bell*
A. James Bell, Esq.

---

Granted. The October 14, 2025 pretrial conference is adjourned to December 16, 2025 at 12:30 pm. The Court hereby excludes time through December 16, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
So ordered:
10/14/2025

J. PAUL OETKEN
United States District Judge