**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

August 7, 2026

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Rubin Moye*, S3 20 Cr. 215 (JPO)**

Dear Judge Oetken,

The Government writes on behalf of the parties to respectfully request the Court adjourn the trial date by five weeks and set the pretrial schedule proposed below.

At the last conference on May 26, 2026, the Court set a trial date of March 29, 2027. Defense counsel thereafter notified the Government that a member of the defense team has an unresolvable conflict with that date, and they requested that trial instead begin on May 3, 2027. The Government has no objection to this proposed date and adjournment and thus joins in the defense's request. If this adjournment is granted, the Government further respectfully requests that time be excluded under 18 U.S.C. § 3161(h)(7) until the new trial date to allow for the continuity of defense counsel in preparing for and conducting trial. The defense consents to this exclusion of time.

Finally, if the Court sets trial for May 3, 2027, the parties jointly and respectfully propose the following pretrial schedule:

| | |
|---|---|
| Expert Disclosures / 404(b) Notice | March 15, 2027 |
| 3500 / *Giglio* Material | March 15, 2027[1] |
| Joint Request to Charge / Voir Dire[2] | March 19, 2027 |
| Motions in Limine | April 7, 2027 |
| Motion in Limine Oppositions | April 14, 2027 |
| Final Pretrial Conference | Week of April 19, 2027 |
| Trial | May 3, 2027 |

[1] With rolling productions until and during trial.
[2] Noting areas of disagreement between the parties.

The parties appreciate the Court's consideration of these requests.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York

Frank Balsamello / Matthew Hellman
Michael Herman / Ashley Nicolas
Assistant United States Attorneys
(212) 637-2325 / -2278 / -2221 / -2467

cc: Anthony Ricco, James Bell, Christine Delince, and Esere Onaodowan, Esqs., *counsel for defendant Rubin Moye* (by ECF)

Granted. The parties' proposed pretrial schedule is hereby approved and adopted.

The March 29, 2027, trial is adjourned to **May 3, 2027**, with jury selection to begin at 9:30 am on that date.

The Final Pretrial Conference is adjourned to **April 22, 2027 at 2:30 pm**.

The Court hereby excludes time through May 3, 2027, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendants in a speedy trial.

So ordered:
8/11/2026

J. PAUL OETKEN
United States District Judge